UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brenda Richardson                                                                   Docket No. 5:13-CR-20-5H

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brenda Richardson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 10, 2014, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Brenda Richardson was released from custody on May 23, 2016, at which time the term of supervised release commenced.

On December 12, 2018, the defendant admitted to marijuana and cocaine use. The court was notified of that violation as of December 14, 2018, and agreed to continue supervision without modification or sanction. The defendant was referred for a substance abuse assessment and enrolled in outpatient treatment. She was also re-enrolled in the district's Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 20, 2018, the defendant submitted a urine screen that was returned positive for cocaine. On January 3, 2019, when confronted with the positive result, the defendant denied using cocaine between December 12, 2018 and December 20, 2018, but admitted to smoking crack cocaine on or about December 30, 2018. The defendant submitted a urine sample on January 3, 2018, but the result is still pending. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to their residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Brenda Richardson
Docket No. 5:13-CR-20-5H
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: January 04, 2019

## ORDER OF THE COURT

Considered and ordered this ___7___ day of __Jan_____, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge